# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. POTTS,<br><br>  Plaintiff,<br><br>  vs.<br><br>M. SOLEIMANI, et al.,<br><br>  Defendants. | 1:19-cv-01574-DAD-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION TO PROCEED IN IN FORMA PAUPERIS BE DENIED<br>(ECF No. 2.)<br><br>OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS |

**I.  FINDINGS**

James E. Potts ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. §1983.  Plaintiff filed the Complaint commencing this action on October 16, 2019, together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)  On November 7, 2019, the court received a certified copy of Plaintiff's prison trust account statement for the past six months.  (ECF No. 8.)

Plaintiff's trust account statement shows that the balance in his account between May 1, 2019 and November 6, 2019 varied from $6,269.00 to $7,259.73, with a balance of $6,269.00 available on November 6, 2019.  (Id.)  Therefore, it appears from a review of Plaintiff's account statement that Plaintiff can afford the costs of this action.  Plaintiff's motion to proceed *in forma*

1

*pauperis* should be denied, and Plaintiff be required to pay the filing fee of $400.00 for this action in full.

## II. RECOMMENDATIONS AND CONCLUSION

Based on the foregoing, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's motion to proceed *in forma pauperis*, filed on October 16, 2019, be DENIED; and
2. Plaintiff be required to pay the $400.00 filing fee for this action in full.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after the date of service of these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: **November 14, 2019**        **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE