UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. POTTS,<br><br>        Plaintiff,<br><br>    vs.<br><br>SOLEIMANI, et al.,<br><br>        Defendants. | 1:19-cv-01574-DAD-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 23.)**<br><br>**SIXTY-DAY DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (ECF No. 22.)** |

      Plaintiff is a prisoner proceeding *pro se* and in *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2021, Plaintiff filed a motion for a 60-day extension of time to file objections to the findings and recommendations. (ECF No. 23.)

      The Court finds good cause to grant Plaintiff an extension of time. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted sixty days from the date of service of this order in which to file objections to the findings and recommendations issued on October 21, 2021.

IT IS SO ORDERED.

    Dated:   **November 3, 2021**                  **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE